motion. *Mr. Adelbert Moot* and *Helen Z. M. Rodgers* for plaintiff in error, in opposition thereto.

No. 674. ISRAEL SELIGMAN *v.* FRANK K. BOWERS, COLLECTOR OF INTERNAL REVENUE FOR THE SECOND DISTRICT OF NEW YORK, AND DAVID H. BLAIR, UNITED STATES COMMISSIONER, ETC. Appeal from the District Court of the United States for the Southern District of New York. Submitted April 12, 1926. Decided April 19, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 238 of the Judicial Code, as amended by the act of February 13, 1925, c. 229, sec. 1, 43 Stat. 938. *Messrs. Charles Marvin* and *Roscoe C. Harper* for appellant. *Solicitor General Mitchell* for appellee.

Nos. 612 and 613. JOSEPH B. MARSINO *v.* COMMONWEALTH OF MASSACHUSETTS. Error to the Superior Court of Worcester County, State of Massachusetts. Argued April 13, 1926. Decided April 19, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. Asa P. French* for plaintiff in error. *Messrs. Charles B. Rugg, Jay R. Benton,* and *George R. Stobbs* for defendant in error.

No. 231. CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY *v.* A. N. MURPHY AND T. O. MURPHY, PARTNERS DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF MURPHY & SON. Error to the Supreme Court of the State of Oklahoma. Argued April 14, 1926. Decided April 19, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6,